NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TAVARIS ANTONIO JOHNSON,          )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No.  2D17-3535
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____)

Opinion filed January 30, 2019.

Appeal from the Circuit Court for Manatee
County; Deno G. Economou and Brian Iten,
Judges.

Howard L. Dimmig, II, Public Defender, and
Maura J. Kiefer, Special Assistant Public
Defender, Bartow, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

          Affirmed.


NORTHCUTT, SILBERMAN, and SLEET,, JJ., Concur.